UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:23-cr-00199 |
| | § | |
| | § | |
| LUIS FABIAN VELA | § | |

# ORDER

Came on to be considered Defendant Luis Fabian Vela's "Sealed Notice of Sentencing Support Letter."[1] The order issued on January 11, 2024, states "[t]hat counsel shall electronically file memorandums and/or any documentation for sentencing purposes **7 days before the sentencing hearing**."[2] Thus, the Court finds that the Defendant's sentencing support letter should be and is hereby **STRICKEN**. As further stated in the order, "[a]ny documentation not timely filed may be orally presented at the time of sentencing."[3]

IT IS SO ORDERED.

DONE at McAllen, Texas, this 27th day of March 2024.

_____
Micaela Alvarez
Senior United States District Judge

---

[1] Dkt. No. 84.
[2] Dkt. No. 62, ¶ 5.
[3] *Id.*